■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID DANIEL, Appellant. [997 NYS2d 901]—

Order, Supreme Court, New York County (Ruth Pickholz, J.), entered on or about December 19, 2011, which adjudicated defendant a level three sexually violent sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

Defendant's admissions provided clear and convincing evi-

dence that supported a 15-point assessment under the risk factor for drug or alcohol abuse (*see People v Watson*, 112 AD3d 501, 502 [1st Dept 2013], *lv denied* 22 NY3d 863 [2014]). In any event, regardless of whether defendant's correct point score is 145 or 130, he would still be a presumptive level three sex offender, and we find no basis for a downward departure (*see People v Gillotti*, 23 NY3d 841, 861 [2014]). The mitigating factors cited by defendant were adequately taken into account by the risk assessment instrument, and were in any event, outweighed by the seriousness of the underlying crimes. Concur—Tom, J.P., Friedman, Acosta, Saxe and Kapnick, JJ.